IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| RICHARD HUNTER, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 115-189 |
| | ) | |
| STAN SHEPARD, Warden, et al., | ) | |
| | ) | |
| Defendants. | ) | |

---

**O R D E R**

---

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which objections have been filed (doc no. 13).

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge

as its opinion, **DENIES** Plaintiff's requests to proceed *in forma pauperis* (doc. nos. 2, 4, 12),

and **DISMISSES** this action without prejudice. If Plaintiff wishes to proceed with the claims

raised in this lawsuit, he must initiate a new lawsuit by filing a new complaint. Dupree v.

Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002).

SO ORDERED this 7th day of March, 2016, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA